UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

v.

DISPLAY INDUSTRIES, LLC,

    Defendant.

Civil Action No. 11-CV-6390

**JURY TRIAL DEMANDED**

## CORPORATE DISCLOSURE STATEMENT OF DISPLAY TECHNOLOGIES, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Display Technologies, LLC states that it is a wholly owned subsidiary of Cannon Equipment Company, 15100 Business Parkway, Rosemont, MN 55068, which is a wholly owned subsidiary of IMI plc, a publicly traded company registered in England and Wales, Registration No. 714275, Lakeside, Solihull Parkway, Birmingham Business Park, Birmingham, United Kingdom, B37 7XZ.

Dated: September 13, 2011

Respectfully submitted,

By: *[signature]*

Thomas J. Meloro
tmeloro@willkie.com
Steven H. Reisberg
sreisberg@willkie.com
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000