UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
DISPLAY TECHNOLOGIES, LLC,                                       :
                                                                 :   Civil Action No. 11-6390 (WHP)
          Plaintiff,                                          :
                                                                 :   **NOTICE OF MOTION**
          -against-                                          :
                                                                 :
DISPLAY INDUSTRIES, LLC,                                         :
                                                                 :
          Defendant.                                          :
                                                                 :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Steven H. Reisberg, dated October 4, 2011; Declaration of Stephen McCarthy, dated October 3, 2011; Declaration of Eric Neumann, dated October 4, 2011; exhibits to each of the foregoing; and Memorandum, dated October 4, 2011; and upon all pleadings and proceedings heretofore had herein, Plaintiff will move this Court before The Honorable William H. Pauley at the United States Courthouse, 500 Pearl Street, New York, New York, on the 3rd day of November, 2011, at 2:30 PM or as soon thereafter as counsel can be heard, for an Order, pursuant to Fed. R. Civ. P. 65(a), granting Plaintiff's motion for a preliminary injunction enjoining Defendant Display Industries, LLC during the pendency of this action from infringing U.S. Patent No. 5,645,176 by making, using, selling, offering to sell, or importing its new UltraTracker beverage glide and substantially similar articles under any name.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Scheduling Order issued October 7, 2011, answering papers shall be filed by October 27, 2011, and any reply shall be filed by November 1, 2011.

7041837

DATED:    New York, New York
          October 7, 2011

                                        Respectfully submitted,

                                        WILLKIE FARR & GALLAGHER LLP

                                        By: _____
                                            Thomas J. Meloro
                                            tmeloro@willkie.com
                                            Steven H. Reisberg
                                            sreisberg@willkie.com
                                            787 Seventh Ave
                                            New York, New York 10019
                                            (212) 728-8000

                                        *Attorneys For Plaintiff Display Technologies, LLC*