USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISPLAY TECHNOLOGIES, LLC,

Plaintiff,

-against-

DISPLAY INDUSTRIES, LLC,

Defendant.

11 Civ. 6390 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on February 6, 2014, the following schedule is established on consent:

1. If the parties have reached an agreement, they are directed to file a stipulation and judgment by February 14, 2014;

2. If they have not reached an agreement, Plaintiff is directed to file a motion for judgment by February 21, 2014;

3. Any opposition is due March 7, 2014;

4. Any reply is due March 14, 2014; and

5. This Court will hear oral argument on March 20, 2014 at 2:00 p.m.

Dated: February 7, 2014
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Dennis M. Rothman, Esq.
Lester Schwab Katz & Dwyer LLP
120 Broadway
New York, NY 10271
*Counsel for Plaintiff*

Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
*Counsel for Defendant*