MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

v.

DISPLAY INDUSTRIES, LLC,

    Defendant.

Civil Action No. 11-6390 (WHP)

## DECLARATION IN SUPPORT OF APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

I, Steven H. Reisberg, declare as follows:

1. I am a member of the bar of this Court and a member of the firm of Willkie Farr & Gallagher LLP ("Willkie"). I submit this declaration in support of an application for an Order permitting Willkie to withdraw as counsel of record to Plaintiff Display Technologies, LLC. The facts set forth below are stated on the basis of personal knowledge unless otherwise indicated.

2. Willkie has submitted the attached Application to Withdraw as Counsel of Record because Plaintiff wishes to be represented by Lester Schwab Katz and Dwyer, LLP in this action.

3. Lester Schwab Katz and Dwyer, LLP already represents Plaintiff, and has filed a Notice of Appearance in this action.

4. This action was the subject of a Consent Judgment and Order entered on November 28, 2012 and is currently designated as Closed. This withdrawal is not expected to delay or to have any adverse effect on any party to this action.

5. Willkie is not asserting a retaining or charging lien on Plaintiff.

6. Accordingly, I respectfully request that the Court enter an Order permitting Willkie Farr & Gallagher LLP to withdraw as attorneys of record for Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4 day of February, 2014, New York, New York.

_____
Steven H. Reisberg

Application granted. The Clerk of Court is directed to terminate Willkie Farr as counsel to Plaintiff.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/7/14