

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/14

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

EFILED

January 22, 2014

direct dial 212 775 8773
direct fax 212 775 8821
fwhitmer@kilpatricktownsend.com

**MEMO ENDORSED**

Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York

Re: *Display Technologies v. Display Industries*, 11 CV 6390 (a closed matter)

Your Honor:

This letter confirms advice I communicated orally to Your Honor yesterday in open court. This firm received Mr. Rothman's letter to Your Honor, dated January 17, 2013, in connection with proposed proceedings in the foregoing action, which is a closed matter, but which was, when active, litigated before Your Honor.

This firm represented the defendant, Display Industries in that action, but no longer does. We have nevertheless communicated Mr. Rothman's letter to Display Industries. We do now neither represent Display Industries, a fact that I have previously communicated orally to Mr. Rothman, nor will we take any action to appear further in this action on Display Industries' behalf. Your Honor asked that I confirm this advice in writing, and I now have. May I also ask Your Honor to direct the Clerk of the Court to remove members of my firm from ECF notifications respecting this action? We appreciate Your Honor's consideration and attention to the foregoing.

Respectfully yours,

*Frederick L. Whitmer*

**FREDERICK L. WHITMER**

flw:sc-p

38648\821489

cc: Dennis M. Rothman, Esq.
James L. Ewing IV, Esq.
Mark Higgins (by certified mail)

Application granted. The Clerk of Court is directed to terminate Kilpatrick Townsend as counsel and remove its members from ECF notifications in this case.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/7/14