USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/14

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DISPLAY TECHNOLOGIES, LLC,

                Plaintiff,

-- against --

DISPLAY INDUSTRIES, LLC,

                Defendant.
-----------------------------------------------------------X

11 CV 6390 (WHP)

**CONSENT JUDGMENT AND ORDER**

Plaintiff Display Technologies, LLC (Display Technologies) and defendant Display Industries, LLC (Display Industries) have agreed to terms and conditions representing a negotiated settlement of the breach by Display Technologies of certain of the terms and conditions of the Settlement and Patent License Agreement between them, effective as of October 1, 2012, pursuant to the terms of a First Amendment to Settlement and Patent License Agreement, effective as of February 14, 2014. Now the parties, having consented to entry of this Judgment by and through their undersigned counsel,

        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff Display Technologies, LLC recover from the defendant Display Industries, LLC the amount of $207,500, without prejudgment interest or costs, and with post-judgment interest at the rate of 0.11% per annum.

2. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and Order and the Settlement and Patent License Agreement, as amended by a First Amendment To Settlement And Patent License

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/27/14

7368390.2