```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  7/1/2014
```

2324942/668-0004
UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DISPLAY TECHNOLOGIES, LLC,                   :

                        Plaintiff,    :

       – against –                                          :

DISPLAY INDUSTRIES, LLC,                       :

                      Defendant.    :
---------------------------------------------------------------X

11 CV 6390 (WHP)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was on the 27th day of February, 2014, recovered by the plaintiff, Display Technologies, LLC, against the defendant, Display Industries, LLC, in the above-entitled action for the sum of two hundred seven thousand dollars ($207,500.00), and whereas said judgment in favor of Display Technologies, LLC and against Display Industries, LLC has been wholly paid,

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to cancel, satisfy, and discharge the judgment by Display Technologies, LLC against Display Industries, LLC.

LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY  10271
212 964-6611
Attorneys for Plaintiff DISPLAY TECHNOLOGIES, LLC

By: _____   23 June 2014
     Dennis M. Rothman                        Date